# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV17-00196 DOC (DFMx) | Date | February 21, 2018 |
|---|---|---|---|
| Title | Alina Vanover v. D. Scott Carruthers, A Professional Law Corporation | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Nancy Boehme | | CS 02/21/2018 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Matt Loker | | John Marshall |
| Elizabeth Wagner | | |
| Michael Manning | | |

**Proceedings:**          Settlement Conference

      Pursuant to Local Rule 16-14, the parties met this date for a mandatory settlement conference.   The parties reached an agreement on a full and complete settlement of the case. The settlement agreement was placed upon the record in open court.   Dismissal papers are to be filed no later than February 28, 2018.

cc: Judge Carter

|  | 2 | : | 30 |
|---|---|---|---|
| Initials of Clerk | nb | | |