**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Ste. D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**MANNING LAW, APC**
Joseph R. Manning, Jr., Esq. (223381)
info@manninglawoffice.com
4667 MacArthur Boulevard, Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Alina Vanover

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VANOVER,<br><br>Plaintiff,<br><br>v.<br><br>D. SCOTT CARRUTHERS, A PROFESSIONAL LAW CORPORATION,<br><br>Defendant. | **Case No.:** CV17-196 DOC (DFMx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. DAVID O. CARTER** |

Plaintiff ALINA VANOVER ("Plaintiff"); and, Defendant D. SCOTT CARRUTHERS, A PROFESSIONAL LAW CORPORATION ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiff and Defendants hereby jointly move to dismiss this action WITH PREJUDICE pursuant to the Parties' Settlement.

Date: February 28, 2018                        **KAZEROUNI LAW GROUP, APC**

                                               By: /s Matthew M. Loker
                                                   MATTHEW M. LOKER, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

                                               **D. SCOTT CARRUTHERS, APLC**

                                               By: /s John Marshall
                                                   JOHN MARSHALL, ESQ.
                                                   ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: February 28, 2018                        **KAZEROUNI LAW GROUP, APC**

                                               By: /s Matthew M. Loker
                                                   MATTHEW M. LOKER, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Action* has been filed this 28th day of February 2018, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                            /s/ Matthew M. Loker
                                            MATTHEW M. LOKER, ESQ