JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALINA VANOVER,** <br><br> Plaintiff, <br><br> v. <br><br> **D. SCOTT CARRUTHERS, A PROFESSIONAL LAW CORPORATION,** <br><br> Defendant. | **Case No.:** CV17-196 DOC (DFMx) <br><br> [~~PROPOSED~~] **ORDER** <br><br> **HON. DAVID O. CARTER** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 1, 2018

_____
Hon. David O. Carter
United States District Court Judge